James E. Cecchi
Caroline F. Bartlett
**CARELLA, BYRNE, CECCHI,**
**BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
Email: jcecchi@carellabyrne.com

Christopher A. Seeger
Scott A. George
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 584-9393
Email: cseeger@seegerweiss.com

*Counsel for Plaintiffs and the Proposed Classes*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENNIFER BULLARD, et al, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiffs, <br> v. <br><br> JAGUAR LAND ROVER AUTOMOTIVE PLC, JAGUAR LAND ROVER LIMITED, and JAGUAR LAND ROVER NORTH AMERICA, LLC, <br> Defendants. | Civil Action No. 2:20-cv-14464-MCA-JBC <br><br> **NOTICE OF MOTION** |

To:   All Persons on ECF Service List

PLEASE TAKE NOTICE that at such date and time as the Court shall determine, Lead Plaintiffs, through their undersigned counsel, shall move, on behalf of Plaintiffs and the Class, before the Hon. Madeline Cox Arleo, U.S.D.J., at the United States District Court, District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, for entry of the proposed preliminary approval Order that, among other things, will, (1) preliminarily approve the proposed Settlement; (2) certify the proposed Settlement Class, appoint Lead Plaintiffs as Class representatives, and appoint Class Counsel for purposes of the Settlement; (3) approve the form and manner of giving notice of the proposed Settlement to the Settlement Class Members; (4) schedule a hearing to consider final approval of the Settlement; and (5) granting such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, in support of the motion, Class Counsel will rely upon the accompanying brief in support and the Declaration of James E. Cecchi and exhibits annexed thereto.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Federal Rules of Civil Procedure, a proposed form of Order is attached.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests oral argument.

Dated: September 27, 2024

        CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.

        /s/ *James E. Cecchi*
        James E. Cecchi
        Caroline F. Bartlett
        5 Becker Farm Road
        Roseland, New Jersey 07068
        Telephone: (973) 994-1700

        Christopher A. Seeger
        Scott A. George
        **SEEGER WEISS LLP**
        55 Challenger Road, 6th Floor
        Ridgefield Park, NJ 07660
        Telephone: (973) 639-9100
        Facsimile: (973) 584-9393
        Email: cseeger@seegerweiss.com

        *Counsel for Plaintiffs and the Proposed Classes*