James E. Cecchi
Caroline F. Bartlett
**CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com
cbartlett@carellabyrne.com

Counsel for Plaintiffs and the Settlement Class

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENNIFER BULLARD, et al, Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JAGUAR LAND ROVER AUTOMOTIVE PLC, JAGUAR LAND ROVER LIMITED, and JAGUAR LAND ROVER NORTH AMERICA, LLC,<br><br>Defendants. | Civil Action No. 2:20-cv-14464-MCA-JBC<br><br>**NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS-ACTION SETTLEMENT AND FINAL CERTIFICATION OF THE SETTLEMENT CLASS** |

**To: All Persons on ECF Service List**

PLEASE TAKE NOTICE that on Tuesday, September 30, 2025 at 3 p.m., the undersigned counsel for Plaintiffs shall move before Hon. Madeline Cox Arleo, U.S.D.J., at the Martin Luther King Jr. Federal Building & U.S. Courthouse, 50

Walnut Street, Newark, New Jersey on behalf of Plaintiffs Jennifer Bullard, Natalie Bush, Lynn Cohn, Raymond Darbenzio, James Davies, Liliana De La Torre, Loretta Flynn-Murphy, William Gilchrist, Jaime Gonzalez, Emily Harrell, Tom Herbener, Rodney Howard, Kelly Mcnew, Angela Pick, Lolitha Shepherd and Jeffrey Wilbur and the Class, for an Order:

1. Granting final approval of the Settlement set forth in the Settlement Agreement (the "SA");

2. Certifying the Settlement Class for settlement purposes only;

3. Granting final appointment of Jennifer Bullard, Natalie Bush, Lynn Cohn, Raymond Darbenzio, James Davies, Liliana De La Torre, Loretta Flynn-Murphy, William Gilchrist, Jaime Gonzalez, Emily Harrell, Tom Herbener, Rodney Howard, Kelly Mcnew, Angela Pick, Lolitha Shepherd and Jeffrey Wilbur Settlement Class Representatives;

4. Confirming the appointment of the law firms of Carella, Byrne, Cecchi, Brody & Agnello, P.C., and Seeger Weiss LLP as Settlement Class Counsel;

5. Appointing Angeion Group LLC as Settlement Claim Administrator;

6. Entering a final judgment dismissing the action with prejudice; and

7. Issuing related relief, as appropriate.

This Motion is based on the contemporaneously-filed memorandum of law in

support of final approval submitted by Plaintiffs; the Declaration of James E. Cecchi; and all pleadings, records, and papers on file with the Court in this action.

Dated: August 14, 2025

Respectfully submitted,

/s/ James E. Cecchi
James E. Cecchi
Caroline F. Bartlett
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com
cbartlett@carellabyrne.com

Christopher A. Seeger
Scott A. George
**SEEGER WEISS LLP**
55 Challenger Road
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com
sgeorge@seegerweiss.com